# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lake, Simeon T. | United States District Court | 04/09/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (active) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

United States Courthouse
515 Rusk Avenue, Room 9535
Houston, Texas 77002

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | TRUST #1 |
| 2. Independent Executor | ESTATE #1 |
| 3. Trustee | TRUST #3 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T. | 04/09/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1-Houston, TX | E | Rent | N | W | | | | | |
| 2. Rental Property #2-Houston, TX | C | Rent | K | W | | | | | |
| 3. Rental Property #3-Houston, TX | C | Rent | K | W | | | | | |
| 4. Rental Property #4-Houston, TX | E | Rent | N | W | | | | | |
| 5. Property-Washington Cnty, TX | A | Rent | N | W | | | | | |
| 6. J.P. Morgan Chase | A | Interest | J | T | | | | | |
| 7. Bank of Texas Account | A | Interest | J | T | | | | | |
| 8. Royalty Interest, Washington Cnty, TX | D | Royalty | K | W | | | | | |
| 9. Merrill Lynch Money Mkt Acct | A | Interest | M | T | | | | | |
| 10. AT&T Inc. Common Stock (IRA) | B | Dividend | K | T | | | | | |
| 11. Novartis ADR (IRA) | B | Dividend | L | T | | | | | |
| 12. IBM Corp. Common Stock (IRA) | B | Dividend | L | T | | | | | |
| 13. General Electric Common Stock (IRA) | A | Dividend | J | T | | | | | |
| 14. Intel Corp. Common Stock (IRA) | A | Dividend | K | T | | | | | |
| 15. Syngenta AG ADR (IRA) | A | Dividend | K | T | | | | | |
| 16. Nestle Corp. ADR (IRA) | C | Dividend | M | T | | | | | |
| 17. Dr. Reddy's Lab ADR (IRA) | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T. | 04/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Freds, Inc. Common Stock (IRA) | A | Dividend | J | T | | | | | |
| 19. Johnson & Johnson Inc. Common Stock (IRA) | B | Dividend | K | T | | | | | |
| 20. Procter & Gamble Inc. Common Stock (IRA) | C | Dividend | L | T | | | | | |
| 21. Microsoft Common Stock (IRA) | A | Dividend | K | T | | | | | |
| 22. Glaxo Smith Kline PLC (IRA) | B | Dividend | K | T | | | | | |
| 23. McCormick Inc. Non-Voting (IRA) | A | Dividend | K | T | | | | | |
| 24. Pfizer Inc. Common Stock (IRA) | B | Dividend | L | T | | | | | |
| 25. Unilever PLC ADR (IRA) | A | Dividend | K | T | Buy | 03/25/14 | K | | |
| 26. 3M Company (IRA) | B | Dividend | K | T | | | | | |
| 27. Exxon Common Stock | F | Dividend | P1 | T | Buy (add'l) | 10/14/14 | K | | |
| 28. AT&T Inc. Common Stock | A | Dividend | J | T | | | | | |
| 29. Abbott Labs Common Stock | B | Dividend | L | T | | | | | |
| 30. Abbvie Inc. Common Stock | C | Dividend | M | T | | | | | |
| 31. Fidelity Municipal Money Mkt Account | A | Interest | K | T | | | | | |
| 32. Kraft Foods Common Stock | B | Dividend | L | T | Buy (add'l) | 09/30/14 | K | | |
| 33. IBM Corp. | B | Dividend | L | T | Buy | 10/02/14 | L | | |
| 34. Texas Water Assistance Board Bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T. | 04/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Williamson County Toll Bond | A | Interest | J | T | | | | | |
| 36. Mondelez International, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 37. TRUST #2 | | | | | | | | | |
| 38. --Exxon Corp. Common Stock | G | Dividend | P1 | T | | | | | |
| 39. --Abbott Labs Common Stock | B | Dividend | L | T | | | | | |
| 40. --Abbvie Inc. Common Stock | B | Dividend | L | T | | | | | |
| 41. --General Electric Common Stock | A | Dividend | K | T | | | | | |
| 42. --Tarrant Co. Tx HFD Bond | A | Interest | J | T | | | | | |
| 43. --PPL Corp. Commom Stock | B | Dividend | K | T | | | | | |
| 44. --Vodaphone PLC ADR | B | Dividend | K | T | | | | | |
| 45. --Coca Cola Company Common Stock | B | Dividend | L | T | | | | | |
| 46. --Kraft Foods Common Stock | B | Dividend | L | T | Buy | 02/07/14 | K | | |
| 47. --Intel Corp. | A | Dividend | K | T | | | | | |
| 48. --Johnson & Johnson | C | Dividend | L | T | | | | | |
| 49. --Verizon Communications | A | Dividend | J | T | Spinoff (from line 44) | 02/24/14 | J | | |
| 50. ESTATE #1 (X) | | | | | | | | | |
| 51. -- Bank of America Acct. (X) | A | Interest | | | Closed | 12/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T. | 04/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Property, Tarrant County, TX (X) | | None | | | Sold | 04/29/14 | L | A | Laurel Blackmon |
| 53. -- American Elect. Power Co. (X) | A | Dividend | | | Donated | | | | |
| 54. -- Invesco Trust for Invt Grade Municipals (X) | A | Dividend | | | Donated | | | | |
| 55. -- Putnam American Govt. Income Fund A (X) | A | Dividend | | | Sold | 07/07/14 | K | A | |
| 56. -- Exelon Corp. (X) | A | Dividend | | | Sold | 07/07/14 | J | B | |
| 57. TRUST #3 | | | | | | | | | |
| 58. -- Apple Inc. | D | Dividend | O | T | | | | | |
| 59. -- AT&T (X) | D | Dividend | M | T | Sold (part) | 07/07/14 | J | A | |
| 60. | | | | | Sold (part) | 07/08/14 | K | B | |
| 61. -- Bristol-Meyers Squib | C | Dividend | L | T | | | | | |
| 62. -- Conagra Foods Inc. (X) | A | Dividend | K | T | | | | | |
| 63. -- Emerson Elec. Co. (X) | B | Dividend | L | T | | | | | |
| 64. -- Hewlett Packard Co. | A | Dividend | K | T | | | | | |
| 65. -- Microsoft | B | Dividend | K | T | | | | | |
| 66. -- Neogenomics, Inc. | | None | K | T | Buy | 02/21/14 | J | | |
| 67. | | | | | Buy (add'l) | 03/11/14 | J | | |
| 68. | | | | | Buy (add'l) | 04/04/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T. | 04/09/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 06/02/14 | J | | |
| 70. -- PPL Corp. (X) | B | Dividend | K | T | | | | | |
| 71. -- Verizon Communications (X) | B | Dividend | K | T | | | | | |
| 72. -- Nuveen Municipal Value Fund (X) | B | Dividend | K | T | | | | | |
| 73. -- XCEL Energy Inc. | B | Dividend | K | T | | | | | |
| 74. -- Invesco Advantage Municipal Income Trust II (X) | B | Dividend | K | T | Sold (part) | 12/18/14 | J | A | |
| 75. -- Invesco High Yield Municipal Fund C (X) | D | Dividend | M | T | Sold (part) | 12/18/14 | J | A | |
| 76. -- Invesco Municipal Opportunity Trust (X) | A | Dividend | J | T | | | | | |
| 77. -- Nuveen Tax Free Advantage Municipal Fund (X) | C | Dividend | K | T | | | | | |
| 78. -- Nuveen Prem Income Municipal Fund 2 (X) | A | Dividend | J | T | | | | | |
| 79. -- Putnam Tax Free High Yield Fund Class A (X) | C | Dividend | M | T | Sold (part) | 12/18/14 | J | A | |
| 80. --Wells Fargo Advantage (X) Municipal Bond Fund Class A | A | Dividend | K | T | Sold (part) | 12/18/14 | J | A | |
| 81. --ML Bank Deposit program (X) | A | Interest | J | T | | | | | |
| 82. Bluebird Bio Inc. | | None | L | T | Buy | 09/11/14 | K | | |
| 83. | | | | | Buy (add'l) | 09/18/14 | K | | |
| 84. Vivus, Inc. | | None | K | T | Buy | 12/23/14 | K | | |
| 85. | | | | | Buy (add'l) | 12/29/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T. | 04/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Chipotle Mexican Grill (CMG) | | None | K | T | Buy | 05/09/14 | K | | |
| 87. Gilead Sciences | | None | K | T | Buy | 03/21/14 | K | | |
| 88. Krane Shares TR CSI China Internet ETF | | None | J | T | Buy | 03/17/14 | J | | |
| 89. Biogen Idec B11B | | None | K | T | Buy | 10/17/14 | K | | |
| 90. Apple Inc. AAPL | A | Dividend | K | T | Buy | 01/02/14 | K | | |
| 91. Verizon Comm. Inc. | B | Dividend | K | T | Buy | 09/15/14 | K | | |
| 92. Alibaba Baba | | None | K | T | Buy | 12/15/14 | K | | |
| 93. | | | K | T | Buy (add'l) | 11/11/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T. | 04/09/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART I.  POSITIONS

1.  The position of Co-Trustee of TRUST #1 will not be included in future reports.

2.  The position of Independent Executor of TRUST #3 will not be included in future reports.

PART VII.  INVESTMENTS AND TRUSTS

Page 6, Line 47:  Intel Corp. was omitted by mistake from the 2013 report [D.(1) Buy, D.(2) 02/05/13, D.(3) K].

Page 6, Line 48:  Johnson & Johnson was omitted by mistake from the 2013 report [D.(1) Buy, D.(2) 08/23/13, D.(3) L].

Page 6, Line 51:  Bank of America closed and the cash in the account was transferred to TRUST #3 on December 16, 2014.

Page 7, Lines 58, 61, 64, 65 and Page 8, Line 73:  These were the assets of TRUST #1 listed in prior years' reports, which were transferred to TRUST #3 in December of 2014, and TRUST #1 was terminated.

Page 7, Line 57:  TRUST #3 was created on February 3, 2014.  All of the assets of ESTATE #1, other than the assets listed at Page 7, Lines 52-56 (which were donated or sold by the Estate) were transferred to TRUST #3 in December of 2014, and ESTATE #1 was closed.

Since various assets in ESTATE #1 and TRUST #1 received dividends both before and after they were transferred to TRUST #3, all income in the 2014 reporting period is only listed in Column B(1)&(2) under the listings of assets of TRUST #3.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Simeon T. Lake**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544